FILED
CLERK, U.S. DISTRICT COURT
FEB 2 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HICKSON, | NO. EDCV 07-937-CT |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: 2/28/08

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE